**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MATTHEW SIMPSON,       )<br>  Plaintiff                           )<br>                                             )<br>VS.                                      )<br>                                             )<br>MIDLAND FUNDING, LLC,  )<br>  Defendant                      ) | CIVIL ACTION:<br>NO.: 3:16-CV-00279 (VAB)<br><br><br><br>JUNE 10, 2016 |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Plaintiff, Matthew Simpson, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant.

Dated:  Hartford, Connecticut
            June 10, 2016

                                          THE PLAINTIFF,
                                          MATTHEW SIMPSON

                                          BY:        /s/
                                                  Roderick D. Woods, Esq.
                                                  The Woods Law Firm, LLC
                                                  100 Pearl Street
                                                  14th Floor
                                                  Hartford, Connecticut 06103
                                                  Federal Bar #ct29447
                                                  Attorney for the Plaintiff

CERTIFICATION

I hereby certify that on June 10, 2016, a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/
Roderick D. Woods, Esq.
The Woods Law Firm, LLC
100 Pearl Street
14th Floor
Hartford, Connecticut 06103
Federal Bar #ct29447
Attorney for the Plaintiff